02-01-2015 77,364-08.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 27 2015
Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS CLERK IN RANK RECORDS. HELLO ITS MS CRYSTAL MERCADO "RESTREPO" DATE OF BIRTH 10-25-78 AGE 36 SOCIAL SECURITY # 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 I'M IN GRAVE need of the day my 2 habeus corpus were FILED with records + The days they were ACTUALLY FILED + The days of the DENIALS. + why they were denied. MAY I pleAse have a COPY of ALL THIS INFO + the habeus CORPUS'S that were FILED. MY parelEGAL NEED TO LOOK AT WHAT I've done + we need it to FILE the next STEP 22.54 Federal appeAL + I MAY have her help me to do A fresh 11.07 habeus CORPUS TO Get MY case cleared up + I am waiting on A parole Answer I pray I Go home to my mom as soon as they approve the address I should Be bussed however what-ever IS FASTEST since I have 2 Years 2 get this →

CASE CLOSED OR TIME AQUITTED however 2 DOLORES thinks will WORK WHAT the law can do for ME by 11.07 HABEUS If we do A FRESH 1 + The 22.54 Federal appeal or time AQUITTAL PLEASE mail my records + these SPEFIC DATES I need for it REQUEST them on paperwork to be filed PLEASE MAIL ME everything emediATELY they will CALL ME TO the "MAILROOM" "MAILED" emergency paperwork. I will pick it up emediATELY for these 2 reasons. PLEASE find this + LOCATE by MAIL TO ME RIGHT away me + my paraLEGAL are STARTING TO FIND FASTEST remedies! THANK you for your help + time regarding me. respectfully,

MS. CRYSTAL

mercado

RESTREPO

DATE OF BIRTH 10-25-78 AGE 36